**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dillons Power Washing LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Dillons Power Washing and Sealcoating** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3347265** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **120 Dares Beach Road**<br>**Prince Frederick, MD 20678**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Calvert**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.dillonspowerwashingllc.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Dillons Power Washing LLC**
_____      Case number (if known) _____
          Name

**7.   Describe debtor's business**      A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      8114

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Dillons Power Washing LLC**          Case number (*if known*) _____
           Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>☑ Yes. |

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Kathleen Dillon Gross** | Relationship | **Owner** |
| | District | **Maryland**    When   **12/27/24** | Case number, if known | **24-20824** |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>     Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☑ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **Dillons Power Washing LLC**
Name _____     Case number (*if known*) _____

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Dillons Power Washing LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2025**
MM / DD / YYYY

**X /s/ Kathleen Gross**
Signature of authorized representative of debtor

**Kathleen Gross**
Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X /s/ Justin P. Fasano**
Signature of attorney for debtor

Date    **March 17, 2025**
MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**        Email address    **jfasano@mhlawyers.com**

**28659 MD**
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

_____
                                    )

**In re:**                                )

                                      )     **Case No. 25-_____**

**DILLONS POWERWASHING LLC,**        )     **Chapter 11**

                                      )     **Subchapter V**

        **Debtor and Debtor in Possession.**  )
_____)

## STATEMENT PURSUANT TO 11 U.S.C. § 1116 AND 1187(a)

      Dillons Powerwashing LLC (the "Debtor"), hereby states, under penalty of perjury, pursuant to 11 U.S.C. §§ 1116(1)(B) and 1187, that he does not maintain balance sheets, or cash flow statements.  Pursuant to those same code sections, the Debtor has filed a redacted copy of the 2023 Schedule C filed by its 100% owner, Kathleen Gross, as well as an informal and profit and loss statement.  The Debtor hereby appends this statement to its petition in bankruptcy.

      I hereby declare, under penalty of perjury, that the foregoing is true and correct.

      /s/ Kathleen Gross
      Kathleen Gross

Dated: March 14, 2025          Respectfully submitted,

                           /s/ Justin P. Fasano
                           Janet M. Nesse (Bar No. 358514)
                           Justin P. Fasano (Bar No. MD21201)
                           McNamee Hosea, P.A.
                           6404 Ivy Lane, Suite 820
                           Greenbelt, MD 20770
                           (301) 441-2420
                           jnesse@mhlawyers.com
                           jfasano@mhlawyers.com
                           *Counsel for Dillons Powerwashing LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this March 14, 2025, I caused a copy of the forgoing to be served by CM/ECF to all parties receiving notice thereby.

<u>/s/ *Justin P. Fasano*   </u>
Justin P. Fasano

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | OMB No. 1545-0074<br>20**23**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| Kathleen Gross | ▮▮▮▮▮▮▮ |

**A** Principal business or profession, including product or service (see instructions)
Power Washing

**B** Enter code from instructions ▶ 8 1 1 4 1 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.) 8 2 3 3 4 7 2 6 5

**E** Business address (including suite or room no.) ▶ 145 Winslow Pl
City, town or post office, state, and ZIP code   Prince Frederick, MD 20678

**F** Accounting method: **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses .   ☒ Yes   ☐ No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . .   ☒ Yes   ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . .   ☒ Yes   ☐ No

### Part I   Income

| | | |
|---|---|--:|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ▶ ☐   **1** | 598,747. |
| **2** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . **3** | 598,747. |
| **4** | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . **4** | |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . **5** | 598,747. |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . **6** | |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ **7** | 598,747. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|--:|---|---|--:|
| **8** | Advertising . . . . . . **8** | 52,895. | **18** | Office expense (see instructions) . **18** | 16,182. |
| **9** | Car and truck expenses (see instructions) . . . **9** | 32,158. | **19** | Pension and profit-sharing plans . **19** | |
| **10** | Commissions and fees . **10** | | **20** | Rent or lease (see instructions): | |
| **11** | Contract labor (see instructions) **11** | | **a** | Vehicles, machinery, and equipment **20a** | 10,838. |
| **12** | Depletion . . . . **12** | | **b** | Other business property . . . **20b** | 10,200. |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . **13** | | **21** | Repairs and maintenance . . . **21** | 27,685. |
| | | | **22** | Supplies (not included in Part III) . **22** | |
| | | | **23** | Taxes and licenses . . . . . **23** | 60,108. |
| **14** | Employee benefit programs (other than on line 19) . **14** | | **24** | Travel and meals: | |
| **15** | Insurance (other than health) **15** | 24,473. | **a** | Travel . . . . . . . . **24a** | |
| **16** | Interest (see instructions): | | **b** | Deductible meals (see instructions) **24b** | 1,728. |
| **a** | Mortgage (paid to banks, etc.) **16a** | | **25** | Utilities . . . . . . . . **25** | 13,287. |
| **b** | Other . . . . . **16b** | 115,378. | **26** | Wages (less employment credits) . **26** | 182,146. |
| **17** | Legal and professional services **17** | 9,782. | **27a** | Other expenses (from line 48) . . **27a** | 63,476. |
| | | | **b** | Energy efficient commercial bldgs deduction (attach Form 7205) . . **27b** | |

| | | |
|---|---|--:|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . ▶ **28** | 620,336. |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . **29** | −21,589. |
| **30** | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32.   }   **31** | −21,589. |
| **32** | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☒ All investment is at risk.<br>**32b** ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 09/17/24 TTW    Schedule C (Form 1040) 2023

Schedule C (Form 1040) 2023                                                                                                      Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33**   Method(s) used to
value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34**   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation   .   .   . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use   .   .   .   .   .   .   .   .   .   . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself .   .   .   .   .   .   .   .   .   . | **37** | |
| **38** | Materials and supplies   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **38** | |
| **39** | Other costs .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **39** | |
| **40** | Add lines 35 through 39   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **40** | |
| **41** | Inventory at end of year   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4   .   .   .   .   . | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

See Additional Vehicle Information

**43**   When did you place your vehicle in service for business purposes? (month/day/year)   ----------------------

**44**   Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a**   Business _____   **b** Commuting (see instructions) _____   **c** Other _____

**45**   Was your vehicle available for personal use during off-duty hours?   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**46**   Do you (or your spouse) have another vehicle available for personal use?.   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**47a**   Do you have evidence to support your deduction?   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**b**   If "Yes," is the evidence written?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. |
|---|---|

| | |
|---|---:|
| Chemical for power washing | 18,000. |
| Paint | 12,000. |
| power washing equipment/chemical etc | 33,476. |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a   .   .   .   .   .   .   .   .   .   **48** | 63,476. |

# Dillon's Power Washing and Sealcoating
## Profit and Loss Statement
For the period January 01, 2024 to November 06, 2024

## Income

• Sales: $476,748.37

Total income: $476,748.37

## Expenses

• Advertising/Marketing: $8,665.40
• Equipment Rental/Lease: $50,281.67
• Insurance: $51,497.13
• Licenses/Permits: $800.00
• Loans & Interest: $94,217.82
• Office Supplies: $3,000.00
• Rent - Office/Storage Space, Etc.: $12,467.00
• Salaries & Wages: $135,685.93
• Travel/Entertainment: $6,000.00
• Utilities: $12,298.00
• Vehicle: $3,200.00 *Maintenance*
• Other: $68,594.69 *— job supplies*

Total expenses: $446,707.64

## Net profit: $30,040.73

**Resolutions of**
**DILLON'S POWERWASHING LLC**

WHEREAS, the undersigned, being the only member of Dillons Powerwashing LLC (the "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 7 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 7 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the

foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.


Date: March 14, 2025                    DILLONS POWERWASHING LLC

                                        By Kathleen Gross

                                        /s/ Kathleen Gross
                                        Managing member

**Fill in this information to identify the case:**

Debtor name __**Dillons Power Washing LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March 17, 2025**__   X **/s/ Kathleen Gross**
                                        Signature of individual signing on behalf of debtor

                                        **Kathleen Gross**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dillons Power Washing LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration 233 Peachtree Center Ave NE Atlanta, GA 30303** | | **All assets** | | **$224,000.00** | **$0.00** | **$224,000.00** |
| **RBR Global 1540 International Parkway # 3030 Lake Mary, FL 32746** | | | **Disputed** | | | **$170,077.88** |
| **Ford Credit P.O. Box 220564 Pittsburgh, PA 15257-2564** | | **2021 Ford F-550 35000 miles** | | **$71,970.11** | **$0.00** | **$71,970.11** |
| **Stripe, inc. 345 Oyster Point Boulevard South San Francisco, CA 94080** | | | | | | **$68,202.28** |
| **Small Business Financial Solutions LLC 4500 East West Highway 6th Floor Bethesda, MD 20814** | | **All assets** | | **$43,564.05** | **$0.00** | **$43,564.05** |
| **Ally Bank PO Box 130424 Roseville, MN 55113-0004** | | | | **$35,388.76** | **$0.00** | **$35,388.76** |
| **Kalamata Capital 80 Broad St Suite 1210 New York, NY 10004** | | **All assets** | | **$28,732.23** | **$0.00** | **$28,732.23** |
| **Shore United Bank 18 East Dover Street Easton, MD 21601** | | **Credit Card** | | | | **$27,111.11** |

Debtor **Dillons Power Washing LLC**
_____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Bank PO Box 130424 Roseville, MN 55113-0004 | | | | $26,794.20 | $0.00 | $26,794.20 |
| Small Business Administration 233 Peachtree Center Ave NE Atlanta, GA 30303 | | PPP loan | | | | $25,000.00 |
| North Mill Credit Trust 601 Merritt 7 #5 Norwalk, CT 06851 | | | | $23,792.96 | $0.00 | $23,792.96 |
| QUICKBOOKS/INTUIT 2700 Coast Ave Mountain View Mountain View, CA 94043 | | | | | | $18,000.00 |
| Fintegra 1150 1st Ave suite 105 King of Prussia, PA 19406 | | All assets | | $14,295.66 | $0.00 | $14,295.66 |
| Arsenal Funding 8th W. 36 Street 7th Floor New York, NY 10018 | | All assets | | $11,601.00 | $0.00 | $11,601.00 |
| Community Bank of The Chesapeake P.O. Box 38 Waldorf, MD 20604 | | Credit Card | | | | $7,866.00 |
| Clear Channel Outdoor, Inc. 4830 N Loop 1604 W San Antonio, TX 78249 | | | | | | $6,473.59 |
| Amur Equipment Financing 17542 17th Street, Suite 200 Grand Island, NE 68801 | | | | $17,402.17 | Unknown | Unknown |
| CORPORATE TURNAROUND 95 Route 17 Suite 310 Paramus, NJ 07652 | | | | | | $0.00 |

# United States Bankruptcy Court
## District of Maryland

In re  **Dillons Power Washing LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 17, 2025**

Signature  **/s/ Kathleen Gross**

**Kathleen Gross**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Maryland**

In re   **Dillons Power Washing LLC**

Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 17, 2025**

**/s/ Kathleen Gross**
**Kathleen Gross/Managing Member**
Signer/Title

Ally Bank
PO Box 130424
Roseville, MN 55113-0004


Amur Equipment Financing
17542 17th Street, Suite 200
Grand Island, NE 68801


Ariel Bouskila
Berkovitch & Bouskila, PLLC
1545 Route 202
Pomona, NY 10970


Arsenal Funding
8th W. 36 Street
7th Floor
New York, NY 10018


Clear Channel Outdoor, Inc.
4830 N Loop 1604 W
San Antonio, TX 78249


Community Bank of The Chesapeake
P.O. Box 38
Waldorf, MD 20604


CORPORATE TURNAROUND
95 Route 17 Suite 310
Paramus, NJ 07652


David Fogel, Esq.
David Fogel P.C.
1225 Franklin Avenue
Suite 201
Garden City, NY 11530


Debbie Kivitz
Hamelburg Law
7910 Woodmont Avenue, Suite 1350
Bethesda, MD 20814

Fintegra
1150 1st Ave suite 105
King of Prussia, PA 19406


Ford Credit
P.O. Box 220564
Pittsburgh, PA 15257-2564


Kalamata Capital
 80 Broad St Suite 1210
New York, NY 10004


Kathleen Gross
8295 Saint Margaret Boulevard
Prince Frederick, MD 20678


Keith Weir
15150 Preston Road Suite 300
Dallas, TX 75248


North Mill Credit Trust
601 Merritt 7 #5
Norwalk, CT 06851


QUICKBOOKS/INTUIT
2700 Coast Ave Mountain View
Mountain View, CA 94043


RBR Global
1540 International Parkway # 3030
Lake Mary, FL 32746


Shore United Bank
18 East Dover Street
Easton, MD 21601

Small Business Administration
233 Peachtree Center Ave NE
Atlanta, GA 30303


Small Business Financial Solutions LLC
4500 East West Highway 6th Floor
Bethesda, MD 20814


Stripe, inc.
345 Oyster Point Boulevard
South San Francisco, CA 94080


Texas First Capital Fund I, Inc.
201 Laurence Drive, Suite 203
Rockwall, TX 75032

# United States Bankruptcy Court
## District of Maryland

In re __Dillons Power Washing LLC__                              Case No. _____

                                             Debtor(s)          Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Dillons Power Washing LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 17, 2025__
Date

/s/ Justin P. Fasano
**Justin P. Fasano**
Signature of Attorney or Litigant
Counsel for  **Dillons Power Washing LLC**
**McNamee Hosea,  P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**